150 A.3d 935

IN THE MATTER OF CHARLES BRIAN KAPALIN, AN ATTORNEY AT LAW (ATTORNEY NO. 028171982)

DECEMBER 8, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–3 85, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **CHARLES BRIAN KAPALIN** of **MAPLEWOOD,** who was admitted to the bar of this State in 1982, and who has been temporarily suspended from the practice of law since December 12, 2014, should be suspended from the practice of law for a retroactive period of three years based on respondent's guilty plea in the United States District Court for the District of New Jersey to one count of conspiring to smuggle contraband into a federal detention facility, in violation of 18 *U.S.C.* § 317, conduct that violates *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **CHARLES BRIAN KAPALIN** is suspended from the practice of law for a period of three years, retroactive to December 12, 2014, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.